UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) SA-19-CR-00185(6) |
| V. | ) |
| ANDREW YBARRA | ) |

**NOTICE TO THE COURT**

Notice is given that Thomas A. Clarke, attorney for Defendant will be on vacation from May 1, 2019 to May 16, 2019.

Please do not set or schedule any matters in this case during that time period.

S/Tom Clarke
Texas Bar # 04318600
8026 Vantage Dr. #105
San Antonio, Tx 78230
210/340-8448
210/348-7946 Fax

Attorney for Andrew Ybarra

**CERTIFICATE OF SERVICE**

The foregoing has been e-filed on April 3, 2019, with the court's CM/ECF system which will give electronic notice to the Assistant United States Attorney for the Western District of Texas, San Antonio Division.

S/Tom Clarke